UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO: 16-1664
VICKI LAYNE

OBJECTION OF DEBTOR MARY MARSHALL TO TU.S. BANK RELIEF FROM STAY

COMES NOW THE DEBTOR IN THE ABOVE-STYLED CASE AND FILES THIS OBJECTION TO U.S. BANK 'S MOTION FOR RELIEF FROM STAY, AND ASKS THAT THE CASE BE SET FOR HEARING.THE DEBTOR SHOWS THE COURT AS FOLLOWS:

1. THE DEBTOR HAS MADE ALL MORTGAGE PAYMENTS.
2. THE COURT DENIED THE PREVIOUS MOTION FILED BY U.S. BANK, THIS MOTION SHOULD BE DENIED AS WELL.
3. THE DEBTOR WILL RESEARCH THE MONTHS IN WHICH U.S. BANK NOW CLAIMS HAVE NOT BEEN PAID.

/S/WILLIAM CASEY
WILLIAM J. CASEY
ATTORNEY FOR THE DEBTOR
3208 COTTAGE HILL RD.
MOBILE, AL 36606
251-478-5713

## CERTIFICATE OF SERVICE

I CERTIFY THAT ON 5-10-19 I SENT A COPY OF THE ABOVE ANSWER TO THE PARTIES LISTED BELOW BY MAILING SAME BY UNITED STATES MAIL.

DANIEL O'BRIEN
CHAPTER 13 TRUSTEE
P.O.BOX 1884
MOBILE, AL 36633

AMANDA BECKETT
100 CONCOURSE PARKWAY, SUITE 115
BIRMINGHAM, AL 35244


/S/ WILLIAM CASEY
WILLIAM J. CASEY